THE HONORABLE JOHN COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULKADIR HASSAN and FURHIYA ISMAIL, a married couple, d/b/a KOSHIN FOOD SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES of AMERICA,<br><br>Defendant. | NO. C05-1066C<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL<br><br>[PROPOSED] |

This matter came before the Court on plaintiffs Motion to Compel. The Court has considered the following: (1) plaintiffs' motion and any exhibits and declarations thereto; (2) defendant's responsive briefing, if any, and any exhibits and declarations thereto; and (3) plaintiffs' reply briefing and any exhibits and declarations thereto.

The Court, having considered the above, and any oral argument permitted by the Court, and being fully advised in the premises, finds that defendant has improperly and without justification refused to provide necessary discovery to plaintiffs. Now, therefore, it is

ORDERED that plaintiffs' Motion to Compel be, and the same hereby is, GRANTED; and it is further

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
[PROPOSED]
(NO. C05-1066C) - 1
[03006-0102/SL060540.181]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

ORDERED that:

(1) Defendant shall fully and completely respond to Interrogatories 5, 10 and 11 and to Requests for Production of Documents 7, 9 10 and 11 no later than 10 days from the date of this order.

(2) Plaintiffs shall have twenty days from the date of this order to conduct up to four depositions of employees of defendant with knowledge of the matters at issue.

DATED this _____ day of _____, 2006

_____
THE HONORABLE JOHN COUGHENOUR

**Presented by:**

**PERKINS COIE LLP**

s/ Nicholas P. Gellert, WSBA # 18041
Andrew L. Greene, WSBA #35548
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
E-mail: NGellert@perkinscoie.com

Attorneys for Koshin Food Services

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
[PROPOSED]
(NO. C05-1066C) - 2
[03006-0102/SL060540.181]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

# CERTIFICATE OF SERVICE

On February 23, 2006, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:

- **[Proposed] Order Granting Plaintiffs' Motion to Compel**

Robert Patrick Brouilliard                               X        Via E-filing
Robert.Brouillard@usdoj.gov

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 23rd day of February, 2006.

s/ Nicholas P. Gellert, WSBA # 18041
Andrew L. Greene, WSBA #35548
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail:  NGellert@perkinscoie.com

Attorneys for Koshin Food Services

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
[PROPOSED]
(NO. C05-1066C) - 3
[03006-0102/SL060540.181]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000